The Honorable Philip H. Brandt
Chapter 13
Hearing Date: September 17, 2009 at 9:00 am
Hearing Location: US Courthouse, Seattle, WA
**Response Due Date: September 10, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>HENRI BARDON and CHRISTINE BARDON,<br><br>Debtor(s). | Bankruptcy No. 09-17012 PHB<br><br>Chapter 13<br><br>ORDER GRANTING DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) |

THIS MATTER came before this Court upon Debtors' Motion to Avoid Lien under 11 U.S.C. § 522(f), it appearing that all interested parties have received notice and that no objections to the motion have been filed now therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Debtors' Motion to Avoid Lien Under 11 U.S.C. § 522(f) is hereby granted and the judgment lien of California Bank & Trust attached to Debtors' vehicle – VIN – WP1AB29P34LA63137, Plate 518RYA, is avoided and cancelled.

DATED this ___ day of September, 2009.

_____
The Honorable Philip H. Brandt
United States Bankruptcy Court Judge

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

/ /

/ /

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 1
(000032)

**SEATTLE DEBT LAW, LLC**
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Presented by:

SEATTLE DEBT LAW, LLC


*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtors

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 2
(000032)

**SEATTLE DEBT LAW, LLC**
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148