|   |   |
|---|---|
| 1 | The Honorable Philip H. Brandt |
| 2 | Chapter 13 |
|   | Hearing Date: April 1, 2010 at 9:00 am |
| 3 | Hearing Location: US Courthouse, Seattle, WA |
|   | **Response Due Date: March 25, 2010** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

HENRI BARDON and CHRISTINE BARDON,

Debtor(s).

Bankruptcy No. 09-17012 PHB

Chapter 13

DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) WITH NOTICE OF HEARING AND PROOF OF SERVICE

**PLEASE TAKE NOTICE** that a hearing is set to consider Debtor's Motion to Avoid Lien under § 522(f) will be held on April 1, 2010.

| JUDGE: | The Honorable Philip H. Brandt |
|---|---|
| PLACE: | United States Bankruptcy Court, 700 Stewart Street, Room 8106, Seattle, WA 98101 |
| DATE: | April 1, 2010 |
| TIME: | 9:00 a.m. |
| **RESPONSE DATE:** | **March 25, 2010** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk and deliver copies on the undersigned no later than the response date, which is **March 25, 2010.**

If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

//

//

---

DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C.
§ 522(F) WITH NOTICE OF HEARING AND PROOF OF
SERVICE - 1
(000032)

705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

DATED this 24th day of February, 2010.

SEATTLE DEBT LAW, LLC

By:     */s/ Christina Latta Henry*
        Christina Latta Henry, WSBA 31273

Motion

COMES NOW Henri Bardon and Christine Bardon, the Chapter 13 debtors ("Debtor(s)"), by and through their attorneys, Christina Latta Henry and Seattle Debt Law, LLC, and moves the court for an order pursuant to 11 U.S.C. §522(f) to avoid and cancel the judgment lien held by California Bank & Trust (hereinafter "CBT") on the real property used as the Debtor's residence.

## A.    BACKGROUND.

The Debtor filed a voluntary petition pursuant to Chapter 13 of title 11 the United States Code on July 16, 2009. On February 4, 2008, prior to the bankruptcy filing, CBT obtained a judgment in King County Superior Court (Case No. 07-2-21455-1SEA) on the real property known as the Debtor's residence located at 5047 84th Avenue S.E., Mercer Island, Washington 98040, (hereinafter the "Residence"). It is unclear whether the judgment was recorded with the King County auditor, but the judgment is clouding the title and may be impairing the Debtors' exemptions. The said judicial lien is entered of record as follows:

### JUDGMENT

| | |
|---|---|
| Against: | Henri J. Bardon and Jane Doe Bardon, husband and wife, and their marital community, and Euro Asian Investment Holding, Inc. |
| In favor of: | California Bank & Trust |
| Amount: | $175,047.38, plus interest and/or costs |
| Entered: | February 4, 2008 |
| Judgment No. | 07-2-21455-1 |
| Superior Ct. Cause No. | 07-2-21455-1 |

DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C.
§ 522(F) WITH NOTICE OF HEARING AND PROOF OF
SERVICE - 2
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

The Debtors' interest in the Residence located at 5047 84th Avenue S.E., Mercer Island, Washington 98040, encumbered by the above-referenced judgment lien, did not exceed $125,000.00 in value at the time their bankruptcy petition was filed and their interest was claimed as <u>fully exempt</u> under 11 U.S.C. §522(d)(2) and 11 U.S.C. §522(d)(5).

### B. <u>ARGUMENT</u>.

Under 11 U.S.C. §522(f), a debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption under RCW 6.13.030. Here, the existence of CBT's lien on the Debtors' Residence impairs an exemption to which the Debtors would otherwise be entitled under 11 U.S.C. §522(f).

### C. <u>PRAYER FOR RELIEF</u>

WHEREFORE, Debtors prays for an order against CBT for the cancellation and avoidance of the judgment lien on their Residence and for such additional or alternative relief as may be just and proper.

DATED this 24th day of February, 2010.

SEATTLE DEBT LAW, LLC


By: <u>/s/ Christina Latta Henry</u>
Christina Latta Henry, WSBA #31273
Attorneys for the Debtors

PROOF OF SERVICE

I, Christine A. Turner, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the following documents to be served on the parties listed below via United States First Class Mail and/or ECF:

*Debtor's Note for Motion, Motion to Avoid Lien, Declaration of Counsel in Support of Motion and Proposed Order Granting Motion to Avoid Lien*

Via ECF on February 24, 2010:

DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C.
§ 522(F) WITH NOTICE OF HEARING AND PROOF OF
SERVICE - 3
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

| | | |
|---|---|---|
| 1 | K. Michael Fitzgerald | courtmail@seattlech13.com |
| 2 | U.S. Trustee | USTPRegion18.SE.ECF@usdoj.gov |
| 3 | Bradley Boswell Jones | bbjlaw301@hotmail.com |
| 4 | Aaron C. Masser | ecf@rcolegal.com |

Via United States First Class Certified Mail on February 24, 2009:

CSC – Lawyers Incorporating Service
Registered Agent for California Bank & Trust
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Via United States First Class Mail on February 24th 2010 to the parties listed on the USBC Matrix extracted from PACER and attached hereto as **Exhibit A**.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 24th day of February, 2010 at Seattle, Washington.

*/s/ Christine A. Turner*
Christine A. Turner

DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) WITH NOTICE OF HEARING AND PROOF OF SERVICE - 4
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 09-17012-PHB<br>Western District of Washington<br>Seattle<br>Wed Feb 24 08:39:51 PST 2010 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Bac / Fleet Bankcard<br>PO Box 26012<br>Greensboro, NC 27420-6012 |
| Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Barclays Bank Delaware<br>Attention: Customer Support Department<br>PO Box 8833<br>Wilmington, DE 19899-8833 | Christine Bardon<br>5047 84th Ave SE<br>Mercer Island, WA 98040-4617 |
| Henri Bardon<br>5047 84th Ave SE<br>Mercer Island, WA 98040-4617 | Philip H. Brandt<br>Seattle Tacoma<br>700 Stewart St, Rm 6301<br>Seattle, WA 98101-4441 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091-5155 |
| CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | California Bank & Trust<br>PO Box 1507<br>Salt Lake City, UT 84110-1507 | California Bank and Trust<br>Routh Crabtree Olsen PS<br>c/o James K Miersma<br>3535 Factoria Blvd SE #200<br>Bellevue, WA 98006-1263 |
| California Bank and Trust<br>c/o Routh Crabtree Olsen PS<br>3535 Factoria Blvd SE, Ste 200<br>Bellevue, WA 98006-1263 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091-5155 | Chase<br>Attention: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 |
| K Michael Fitzgerald<br>600 University St #2200<br>Seattle, WA 98101-4152 | Gemb/paypldc<br>Po Box 981416<br>El Paso, TX 79998-1416 | Christina Latta Henry<br>Seattle Debt Law LLC<br>705 2nd Avenue Ste 1050<br>Seattle, WA 98104-1759 |
| Inland Revenue Authority of Singapore<br>c/o Donald B. Walter, CPA<br>Global Tax Help<br>444 NE Ravenna Blvd, Suite 206<br>Seattle, WA 98115-6467 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macys<br>Macy's Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Aaron C Masser<br>Routh Crabtree Olsen PS<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA 98006-1263 | Minor & James Medical, PLLC<br>PO Box 3489<br>Seattle, WA 98114-3489 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

Exhibit A

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK VA 23541-1067

Seattle Emergency Physicians, Inc
PO Box 34935
Seattle, WA    98124-1935

Seattle Radiologists APC
P.O. Box 509097
San Diego, CA 92150-9097


Swedish Hospital and Medical
747 Broadway Ave
Seattle, WA 98122-4307

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101-4438

Wells Fargo
PO Box 60510
Los Angeles, CA 90060-0510


Wells Fargo Bank N A
PO Box 31557
Billings, MT 59107-1557

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-01M
Des Moines, IA 50306-3469


Wells Fargo Card
PO Box 5058
Portland, OR 97208-5058

William T. Robinson, PLLC
14432 SE Eastgate Way, Ste 400
Bellevue, WA 98007-6493

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 35480
Newark, NJ 07193-0001


End of Label Matrix
Mailable recipients     41
Bypassed recipients      0
Total                   41