The Honorable Philip H. Brandt
Chapter 13
Hearing Date: May 6, 2010 at 9:00 am
Hearing Location: US Courthouse, Seattle, WA
**Response Due Date: April 29, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>HENRI BARDON and CHRISTINE BARDON,<br><br>Debtor(s). | Bankruptcy No. 09-17012 PHB<br><br>Chapter 13<br><br>ORDER GRANTING DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) |

THIS MATTER came before this Court upon Debtors' Motion to Avoid Lien under 11 U.S.C. § 522(f), it appearing that all interested parties have received notice and that no objections to the motion have been filed now therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Debtors' Motion to Avoid Lien Under 11 U.S.C. § 522(f) is hereby granted and the judgment lien of California Bank & Trust attached to Debtors' residence located at 5047 84th Avenue S.E., Mercer Island, Washington 98040, is avoided and cancelled.

DATED this ___ day of May, 2010.

_____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

/ /

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 1
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtors

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 2
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-17012-TWD Doc 54 Filed 05/06/10 Ent. 05/06/10 16:09:52 Pg. 2 of 2